IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICOLE BIRKES,<br><br>        Plaintiff,<br><br>vs.<br><br>SERGEANT JEFFREY W URKEVICH, in his individual capacity,<br><br>        Defendant. | 4:25-CV-3135<br><br>ORDER |

    This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. §§ 455(a) & (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. This case could implicate the circumstances described in § 455(a) and (b), requiring my recusal.

    IT IS ORDERED that I recuse myself from this case and that the Clerk shall refer this matter to the Chief Judge for reassignment.

    Dated this 24th day of July, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge