IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICOLE BIRKES,<br><br>Plaintiff,<br><br>vs.<br><br>SERGEANT JEFFREY W URKEVICH,<br>in his individual capacity;<br><br>Defendant. | 4:25CV3135<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The parties' Joint Stipulation for Extension of Deadlines to Provide Complete Disclosures for Retained Expert Witnesses, Filing No. 37, is approved in part.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1)   The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for **June 23, 2026** at **1:00 p.m.** by telephone remains set as scheduled. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)   The deadlines for moving to amend pleadings or add parties are:

   For the plaintiff(s):     April 3, 2026.
   For the defendant(s):     May 4, 2026.

3)   The deadlines for identifying expert witnesses expected to testify at

1

the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  |  |
|---|---|
| For the plaintiff(s): | April 1, 2026. |
| For the defendant(s): | May 1, 2026. |

4) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  |  |
|---|---|
| For the plaintiff(s): | June 8, 2026. |
| For the defendant(s): | July 15, 2026. |
| Rebuttal: | July 30, 2026. |

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 4, 2026. **The expert deposition deadline is September 4, 2026.**

6) The deadline for filing motions to dismiss and motions for summary judgment is July 13, 2026.

7) **The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 1, 2026.**

8) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

Dated this 29th day of April, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge